IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR125-060 |
| | ) | |
| JASON SALAZAR | ) | |

PLEA TO FELONY INFORMATION

The Defendant, JASON SALAZAR, having waived indictment in open court, and with the consent of the Court, hereby enters a plea of Guilty to Count One of the Information.

This 13 day of November, 2025.

_____
JASON SALAZAR, Defendant

_____
SAMUEL D. ADAMS,
Attorney for Defendant